OPINION — AG — 62 O.S.H. 435 WAS NOT REPEALED BY NECESSARY IMPLICATION BY 62 O.S.H. 365.5 AND THAT MANDAMUS WILL LIE TO COMPEL THE PAYMENT OF A VALID JUDGEMENT AGAINST A COUNTY WHEN THERE ARE SUFFICIENT UNENCUMBERED FUNDS IN THE SINKING FUND OF THE COUNTY TO PAY THE SAME, THAT IS, SUFFICIENT TO PAY THE SAME IN ACCORDANCE WITH THE CONSTITUTIONAL AND STATUTORY PROVISIONS ABOVE REFERRED. CITE: 74 O.S.H. 18(B), ARTICLE X, SECTION 28 (FRED HANSEN)